ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY 10 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>HOSEI INACIO, )<br>)<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 02-00053<br><br>**UNITED STATES' MOTION TO DISMISS INDICTMENT AND VACATE WARRANT FOR ARREST** |

The United States hereby moves this Honorable Court, in the interest of justice, for an order dismissing the indictment against HOSEI INACIO, and vacating the warrant for arrest for INACIO, in the above-entitled action, for the reason that INACIO, a citizen of the Republic of Palau, has already been tried, convicted and sentenced in the Republic of Palau for his conduct which conduct was part of the investigation in the instant matter, and the available evidence, witnesses, and investigative results are no longer sufficient to proceed to trial against the defendant INACIO at this time.

RESPECTFULLY submitted this 9th day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney