LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOSEI INACIO,<br><br>    Defendant. | CRIMINAL CASE NO. 02-00053<br><br>**ORDER**<br><br>re: May 9, 2006 United States'<br>Motion to Dismiss Indictment<br>and Vacate Warrant for Arrest |

Based on the United States' motion filed May 10, 2006, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss Indictment and vacate Warrant for Arrest is hereby granted.

**SO ORDERED**, this 11 day of May, 2006.

_____
JOHN C. COUGHENOUR*
District Judge

---

*The Honorable John C. Coughenour, United States District Judge for the Western District of Washington, by designation.