# United States District Court

DISTRICT OF Guam

UNITED STATES OF AMERICA

V.

HOSEI INACIO

**WARRANT FOR ARREST**

CASE NUMBER: CR-02-00053-004

FILED
DISTRICT COURT OF GUAM
MAY 11 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____HOSEI INACIO_____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment [ ] Information [ ] Complaint [ ] Order of Court [ ] Violation Notice [ ] Probation Violation Petition

charging him or her with   (brief description of offense)

18:371 & 8:1324(a)(2)(B)(ii) - CONSPIRACY TO SMUGGLE ALIENS (COUNT 1)

8:1324(a)(2)(B)(ii) & 18:2 - ALIEN SMUGGLING (COUNT 2)

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Marilyn B. Alcon | July 31, 2002; Hagatna, Guam |
| Signature of Issuing Officer | Date and Location |

ORIGINAL

Bail fixed at $ **NO BAIL** by **HONORABLE JOHN S. UNPINGCO**
                                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED 7/31/02 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| ~~RETURN~~ ARREST UNEXECUTED | | |
| Date 5/10/06 *(signature)* CI-Ousm | | |
| See attached order to Vacate | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: HOSEI INACIO

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX:  Male ☐  Female ☐   RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

MAY 10 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HOSEI INACIO,<br><br>    Defendant. | CRIMINAL CASE NO. 02-00053<br><br>**UNITED STATES' MOTION TO DISMISS INDICTMENT AND VACATE WARRANT FOR ARREST** |

    The United States hereby moves this Honorable Court, in the interest of justice, for an order dismissing the indictment against HOSEI INACIO, and vacating the warrant for arrest for INACIO, in the above-entitled action, for the reason that INACIO, a citizen of the Republic of Palau, has already been tried, convicted and sentenced in the Republic of Palau for his conduct which conduct was part of the investigation in the instant matter, and the available evidence, witnesses, and investigative results are no longer sufficient to proceed to trial against the defendant INACIO at this time.

    RESPECTFULLY submitted this 9th day of May 2006.

                            LEONARDO M. RAPADAS
                            United States Attorney
                            Districts of Guam and CNMI

By: _____
           MARIVIC P. DAVID
           Assistant U.S. Attorney